# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony Jarvis <br> & <br> Jacqueline Jarvis <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-20508 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          jwarmbrodt@kmllawgroup.com
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322

          Attorney for Movant/Applicant