IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>ANTHONY JARVIS and<br>JACQUELINE JARVIS,<br><br>　　　　　Debtors | Bankruptcy No. 18-20508-JAD<br><br>Chapter 13 |
|---|---|

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Allison Carr
Allison Carr, Esquire
PA I.D. # 203815
acarr@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA  15219
Tel: (412) 456-8120
Fax: (412) 456-8135

Attorney for Creditor,
Duquesne Light Company

Dated: March 19, 2018