# United States Bankruptcy Court
## Western District of Pennsylvania

In re: __Anthony Jarvis__
__Jacqueline Jarvis__
Debtor(s)

Case No. __18-20508__
Chapter __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Anthony Jarvis__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, __Jacqueline Jarvis__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __March 17, 2018__    Signature __/s/ Anthony Jarvis__
Anthony Jarvis
Debtor

Date __March 17, 2018__    Signature __/s/ Jacqueline Jarvis__
Jacqueline Jarvis
Joint Debtor

| AppSym: 4221 | Title: CAUCUS OPERATIONS (R) | | Period End: 02/13/2018 | Pay Date: 02/13/2018 | Status: WT | Pay ID: 14320 |
|---|---|---|---|---|---|---|
| Wages (This Pay \| YTD): | FWT: 1,177.92 \| 4,711.68 | | SS: 1,257.30 \| 5,029.20 | MED: 1,257.30 \| 5,029.20 | RET: 1,270.00 \| 5,080.00 | |

| Earnings | This Pay | YTD | Employer Paid Bene. | This Pay | YTD | Deductions | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|
| GROSS | 1,270.00 | 5,080.00 | SS/MEDICARE | 96.18 | 384.72 | FWT | 83.41 | 386.08 |
| NET PAY | 944.40 | 3,725.16 | MED | 976.74 | 2,930.22 | SOC SEC TAX | 77.95 | 311.80 |
| Direct deposit destination: | | This Pay | LIFE | 5.47 | 10.94 | MED TAX | 18.23 | 72.92 |
| Clearview Federal Cr (5796) | | 944.40 | DVP | 377.34 | 1,132.02 | STATE TAX | 38.60 | 154.40 |
| | | | | | | LOCAL TAX | 12.57 | 50.28 |
| | | | | | | UNEMPL COMP | 0.76 | 3.04 |
| | | | | | | LST | 2.00 | 8.00 |
| | | | | | | TX SHT RET | 79.38 | 317.52 |
| | | | | | | EMPLEE BEN CONTR | 12.70 | 50.80 |

MAIL

Jacqueline J. Jarvis
741 Ohio Avenue
Midland, PA 15059 - 0000

| AppSym: 4221 | Title: CAUCUS OPERATIONS (R) | Period End: 01/30/2018 | Pay Date: 01/30/2018 | Status: WT | Pay ID: 14280 |
|---|---|---|---|---|---|

Wages (This Pay | YTD):   FWT: 1,177.92 | 3,533.76   SS: 1,257.30 | 3,771.90   MED: 1,257.30 | 3,771.90   RET: 1,270.00 | 3,810.00

| Earnings | This Pay | YTD | Employer Paid Bene. | This Pay | YTD | Deductions | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|
| GROSS | 1,270.00 | 3,810.00 | SS/MEDICARE | 96.18 | 288.54 | FWT | 100.89 | 302.67 |
| NET PAY | 926.92 | 2,780.76 | MED | 976.74 | 1,953.48 | SOC SEC TAX | 77.95 | 233.85 |
| Direct deposit destination: | | This Pay | LIFE | 0.00 | 5.47 | MED TAX | 18.23 | 54.69 |
| Clearview Federal Cr (5796) | | 926.92 | DVP | 377.34 | 754.68 | STATE TAX | 38.60 | 115.80 |
| | | | | | | LOCAL TAX | 12.57 | 37.71 |
| | | | | | | UNEMPL COMP | 0.76 | 2.28 |
| | | | | | | LST | 2.00 | 6.00 |
| | | | | | | TX SHT RET | 79.38 | 238.14 |
| | | | | | | EMPLEE BEN CONTR | 12.70 | 38.10 |

MAIL

Jacqueline J. Jarvis
741 Ohio Avenue
Midland, PA 15059 - 0000

| AppSym: 4221 | Title: CAUCUS OPERATIONS (R) | Period End: 01/16/2018 | Pay Date: 01/16/2018 | Status: WT | Pay ID: 14246 |
|---|---|---|---|---|---|
| Wages (This Pay | YTD): | FWT: 1,177.92 | 2,355.84 | SS: 1,257.30 | 2,514.60 | MED: 1,257.30 | 2,514.60 | RET: 1,270.00 | 2,540.00 | |

| Earnings | This Pay | YTD | Employer Paid Bene. | This Pay | YTD | Deductions | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|
| GROSS | 1,270.00 | 2,540.00 | SS/MEDICARE | 96.18 | 192.36 | FWT | 100.89 | 201.78 |
| NET PAY | 926.92 | 1,853.84 | MED | 976.74 | 976.74 | SOC SEC TAX | 77.95 | 155.90 |
| Direct deposit destination: | | This Pay | LIFE | 0.00 | 5.47 | MED TAX | 18.23 | 36.46 |
| Clearview Federal Cr (5796) | | 926.92 | DVP | 377.34 | 377.34 | STATE TAX | 38.60 | 77.20 |
| | | | | | | LOCAL TAX | 12.57 | 25.14 |
| | | | | | | UNEMPL COMP | 0.76 | 1.52 |
| | | | | | | LST | 2.00 | 4.00 |
| | | | | | | TX SHT RET | 79.38 | 158.76 |
| | | | | | | EMPLEE BEN CONTR | 12.70 | 25.40 |

MAIL

Jacqueline J. Jarvis
741 Ohio Avenue
Midland, PA 15059 - 0000

| AppSym: 4221 | Title: CAUCUS OPERATIONS (R) | Period End: 01/02/2018 | Pay Date: 01/02/2018 | Status: WT | Pay ID: 14204 |
|---|---|---|---|---|---|
| Wages (This Pay | YTD): | FWT: 1,177.92 | 1,177.92 | SS: 1,257.30 | 1,257.30 | MED: 1,257.30 | 1,257.30 | RET: 1,270.00 | 1,270.00 |

| Earnings | This Pay | YTD | Employer Paid Bene. | This Pay | YTD | Deductions | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|
| GROSS | 1,270.00 | 1,270.00 | SS/MEDICARE | 96.18 | 96.18 | FWT | 100.89 | 100.89 |
| NET PAY | 926.92 | 926.92 | LIFE | 5.47 | 5.47 | SOC SEC TAX | 77.95 | 77.95 |
| Direct deposit destination: | | This Pay | | | | MED TAX | 18.23 | 18.23 |
| Clearview Federal Cr (5796) | | 926.92 | | | | STATE TAX | 38.60 | 38.60 |
| | | | | | | LOCAL TAX | 12.57 | 12.57 |
| | | | | | | UNEMPL COMP | 0.76 | 0.76 |
| | | | | | | LST | 2.00 | 2.00 |
| | | | | | | TX SHT RET | 79.38 | 79.38 |
| | | | | | | EMPLEE BEN CONTR | 12.70 | 12.70 |

MAIL

Jacqueline J. Jarvis
741 Ohio Avenue
Midland, PA 15059 - 0000

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RKM | 110729 | PP4630 | ZZZZN | 00000080281 | 1 |

300-0002

AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD MAILSTOP Z200
ROSELAND, NJ 07068

# Earnings Statement

Period Beginning: 02/12/2018
Period Ending: 02/25/2018
Pay Date: 02/23/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

ANTHONY K JARVIS
741 OHIO AVE
MIDLAND PA 15059

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.4993 | 66.00 | 1,550.95 | 6,062.34 |
| Personal | 23.4993 | 6.00 | 141.00 | 704.98 |
| Sick | 23.4993 | 8.00 | 187.99 | 187.99 |
| Overtime | | | | 103.28 |
| Commission | | | | 1,906.24 |
| Vacation | | | | 187.99 |
| **Gross Pay** | | | **$1,879.94** | 9,528.80 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,747.94

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 0.96 | 5.58 |
| Tot Work Hours | 66.00 | |
| Basis of Pay | | Hourly |
| Associate Id | | 254093 |

## Deductions

### Statutory

| | | |
|---|---|---|
| Federal Income Tax | -141.78 | 546.99 |
| Social Security Tax | -116.59 | 591.03 |
| Medicare Tax | -27.27 | 138.23 |
| PA State Income Tax | -57.70 | 155.71 |
| Moon Twp Income Tax | -18.80 | 95.28 |
| Moon Twp Local Svc Tax | -2.00 | 8.00 |
| PA SUI/SDI Tax | -1.13 | 5.72 |

### Other

| | | |
|---|---|---|
| Ltd | -4.76 | 21.68 |
| Pers Accident | -0.40* | 1.60 |
| 401(K) | -131.60* | 667.02 |
| 401(K) Loan 1 | -34.40 | 137.60 |
| 401(K) Loan 2 | -43.00 | 172.00 |

| | |
|---|---|
| **Net Pay** | **$1,300.51** |
| Checking | -1,250.51 |
| Savings | -50.00 |
| **Net Check** | **$0.00** |

### Important Notes

FOR QUESTIONS, PLEASE CONTACT THE HR/PR RESOURCE CENTER AT 1-877-ADP-HR11

OVERTIME, PAID TIME OFF, MEAL/REST BREAK PREMIUMS ARE FROM 01/29/2018 THROUGH 02/11/2018

© 2000 ADP, LLC

---



AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD.
ROSELAND, NJ 07068

Advice number: 00000080281
Pay date: 02/23/2018

Deposited to the account of
**ANTHONY K JARVIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5796 | xxxx xxxx | $1,250.51 |
| xxxxx5796 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RKM | 110729 | PP4630 | ZZZZN | 0000040276 | 1 |

314-0002

AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD MAILSTOP Z200
ROSELAND, NJ 07068

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     0,Tax Blocked
  PA:          N/A,Tax Blocked

# Earnings Statement

ADP

Period Beginning:  01/15/2018
Period Ending:     01/28/2018
Pay Date:          01/26/2018

ANTHONY  K  JARVIS
741  OHIO  AVE
MIDLAND  PA  15059

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.4993 | 71.98 | 1,691.48 | 2,631.45 |
| Overtime | 35.2489 | 1.25 | 44.06 | 46.88 |
| Holiday | 23.4993 | 8.00 | 187.99 | |
| Commission | | | | 649.52 |
| Personal | | | | 563.98 |
| Vacation | | | | 187.99 |
| **Gross Pay** | | | **$1,923.53** | 4,455.80 |

Your federal taxable wages this period are $1,788.48

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.54 | 3.08 |
| Tot Work Hours | 73.23 | |

Basis of Pay       Hourly
Associate Id       254093

### Important Notes
FOR QUESTIONS, PLEASE CONTACT THE HR/PR RESOURCE CENTER AT 1-877-ADP-HR11

OVERTIME, PAID TIME OFF, MEAL/REST BREAK PREMIUMS ARE FROM 01/01/2018 THROUGH 01/14/2018

## Deductions

| Statutory | | |
|---|---|---|
| Social Security Tax | -119.33 | 276.40 |
| Medicare Tax | -27.91 | 64.64 |
| Moon Twp Income Tax | -19.23 | 44.55 |
| Moon Twp Local Svc Tax | -2.00 | 4.00 |
| PA SUI/SDI Tax | -1.15 | 2.67 |
| **Other** | | |
| Ltd | -5.64 | 11.28 |
| Pers Accident | -0.40* | 0.80 |
| 401(K) | -134.65* | 311.91 |
| 401(K) Loan 1 | -34.40 | 68.80 |
| 401(K) Loan 2 | -43.00 | 86.00 |
| **Net Pay** | **$1,535.82** | |
| Checking | -1,485.82 | |
| Savings | -50.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC



AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD.
ROSELAND, NJ 07068

Advice number:   00000040276
Pay date:        01/26/2018

Deposited to the account of
ANTHONY  K  JARVIS

| account number | transit  ABA | amount |
|---|---|---|
| xxxxx5796 | xxxx  xxxx | $1,485.82 |
| xxxxx5796 | xxxx  xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RKM | 110729 | PP4630 | ZZZZN | 0000520291 | 1 |

306-0001

AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD MAILSTOP Z200
ROSELAND, NJ 07068

# Earnings Statement 

Period Beginning: 12/18/2017
Period Ending: 12/31/2017
Pay Date: 12/29/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,Tax Blocked
  PA: N/A,Tax Blocked

**ANTHONY K JARVIS**
**741 OHIO AVE**
**MIDLAND PA 15059**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.4993 | 80.00 | 1,879.94 | 46,864.85 |
| Overtime | 35.2489 | .18 | 6.34 | 171.67 |
| Bonus Overtim | | | 13.27 | |
| Commission | | | | 11,036.36 |
| Personal | | | | 187.99 |
| Re Stk Dividnd | | | | 78.66 |
| Restrict Stock | | | | 4,938.10 |
| Sick | | | | 704.97 |
| **Gross Pay** | | | **$1,899.55** | 65,123.81 |

### Deductions

| | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -112.01 | 3,913.29 |
| | Medicare Tax | -26.20 | 915.21 |
| | Moon Twp Income Tax | -18.05 | 630.84 |
| | Moon Twp Local Svc Tax | -2.00 | 52.00 |
| | PA SUI/SDI Tax | -1.33 | 45.59 |
| | Federal Income Tax | | 1,262.43 |
| | PA State Income Tax | | 154.00 |
| | **Other** | | |
| | Dental | -21.46* | 464.70 |
| | Ltd | -6.02 | 154.00 |
| | Medical | -65.82* | 1,425.19 |
| | Pers Accident | -0.40* | 10.40 |
| | Vision | -6.72* | 145.44 |
| | 401(K) | -113.97* | 3,606.48 |
| | 401(K) Loan 1 | -34.40 | 894.40 |
| | 401(K) Loan 2 | -43.00 | 1,118.00 |

| Other | this period | year to date |
|---|---|---|
| Re Stk Dividnd | | 78.66 |
| Restrict Stock | | 4,938.10 |
| **Net Pay** | **$1,448.17** | |
| Checking | -1,398.17 | |
| Savings | -50.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,691.18

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.54 | 39.54 |
| Tot Work Hours | 80.18 | |
| Basis of Pay | | Hourly |
| Associate Id | | 254093 |

### Important Notes
FOR QUESTIONS, PLEASE CONTACT THE HR/PR RESOURCE CENTER AT 1-877-ADP-HR11

OVERTIME, PAID TIME OFF, MEAL/REST BREAK PREMIUMS ARE FROM 12/04/2017 THROUGH 12/17/2017

© 2000 ADP, L.C



AUTOMATIC DATA PROCESSING
INSURANCE AGENCY, INC.
ONE ADP BLVD.
ROSELAND, NJ 07068

Advice number: 00000520291
Pay date: 12/29/2017

Deposited to the account of
ANTHONY K JARVIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5796 | xxxx xxxx | $1,398.17 |
| xxxxx5796 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**