**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 18-20508-JAD** |
| **Anthony Jarvis and** | : | |
| **Jacqueline Jarvis,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 30** |
| **Anthony Jarvis,** | : | |
|     **Movant** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **Automatic Data Processing** | : | |
|     **Respondent** | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the March 29, 2018 I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: March 29, 2018           /s/ Sharla Munroe
                                                                      Sharla Munroe, Paralegal
                                                                     McElrath Legal Holdings, LLC
                                                                       1641 Saw Mill Run Blvd.
                                                                       Pittsburgh, PA 15210
                                                                       Tel: 412.765.3606
                                                                       Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Anthony Jarvis
741 Ohio Avenue
 Midland, PA 15059

Automatic Data Processing
ATTENTION:  PAYROLL MANAGER
One ADP Blvd. Mailstop Z200
Roseland, NJ 07068