UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | ANTHONY & JACQUELINE JARVIS |
| Case Number: | 18-20508-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 18, 2018  10:00 AM  COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Contested Hearing on Confirmation of Debtors' Chapter 13 Plan Dated 3/27/2018
- Conciliation Conference Minutes From 8/23/2018 filed at Doc. #43
R / M #:  26 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Paul W. McElrath, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER: 90
  ✓ For At Least __1__ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at
  ___ To Conciliation Conference For _____ at _____ AM/PM at
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- O/E 9/19/2018 Setting Continued Hearing

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
9/19/18 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA