# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Anthony Jarvis and** | : | Case No. 18-20508-JAD |
| **Jacqueline Jarvis,** | : | Chapter 13 |
|     **Debtors** | : | |
| | : | Related to Doc. No. 46 |
| **Anthony Jarvis and** | : | |
| **Jacqueline Jarvis,** | : | |
|     **Movants** | : | |
| | : | |
|     **v.** | : | |
| **All Parties In Interest and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|     **Respondents** | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED SEPTEMBER 19, 2018

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated September 19, 2018 on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: October 3, 2018

By: /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Anthony and Jacqueline Jarvis
741 Ohio Avenue
Midland, PA 15059

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Capital One
15000 Capital One Dr
Richmond, VA 23238

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Credit Control Service
725 Canton St
Norwood, MA 02062

Dsnb Macys
Po Box 8218
Mason, OH 45040

Enhanced Recovery Co L
Po Box 57547
Jacksonville, FL 32241

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Heritage Valley Medical Center
1000 Dutch Ridge Road
Beaver, PA 15009

Med Express
PO Box 7964
Belfast, ME 04915

Med Express Billing
PO Box 719
Dellslow, WV 26531

Nationwide Insurance
1 Nationwide Plaza
Columbus, OH 43215

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

People Gas Bankruptcy Department
375 North Shore Drive, Ste. 600
Attn: Dawn Lindner
Pittsburgh, PA 15212

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Pnc Mortgage
Po Box 8703

Dayton, OH 45401

PRA Receivables
PO Box 12914
Norfolk, VA 23541

Syncb/amer Eagle
Po Box 965005
Orlando, FL 32896

Transworld Sys Inc/51
500 Virginia Dr Ste 514
Ft Washington, PA 19034