IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Anthony Jarvis
Jacqueline Jarvis

**Debtor(s).**

Bankruptcy No. 18-20508-JAD

Chapter 13

## ORDER

**AND NOW**, this __4th__ day of __October__, 2018, it appearing to the Court that there was an Interim Order of Confirmation of Debtor's Chapter 13 Plan entered on May 8, 2018, and it further appearing that the Debtors have failed to make appropriate installment payments of the filing fee as previously ordered,

**NOW THEREFORE**, the Chapter 13 Trustee is **HEREBY DIRECTED TO PAY** to the Clerk of Court the unpaid balance due for the filing fee amounting to $310.00 from the first available funds, or, in the alternative, to report to the Court forthwith that such funds are not available. If such funds to pay the filing are unavailable, the case will be dismissed as heretofore ordered.

FILED
10/4/18 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

Case Administrator to mail to:
Debtor(s);
Counsel for Debtor(s);
Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony Jarvis
Jacqueline Jarvis
    Debtors

Case No. 18-20508-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Oct 04, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db/jdb         +Anthony Jarvis,    Jacqueline Jarvis,    741 Ohio Avenue,    Midland, PA 15059-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National Association bkgroup@kmllawgroup.com
        Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Anthony  Jarvis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Jacqueline  Jarvis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                   TOTAL: 8