# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-20508-JAD |
| Anthony Jarvis | : Chapter 13 |
| Jacqueline Jarvis | : Judge Jeffery A. Deller |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| JPMorgan Chase Bank, N.A. | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : November 28, 2018 at 10:00 a.m. |
| | : |
| Anthony Jarvis | : Courtroom D, 54th Floor |
| Jacqueline Jarvis | : U.S. Steel Tower |
| | : 600 Grant Street |
| Ronda J. Winnecour | : Pittsburgh, PA 15219 |
| **Respondents.** | |

## MOTION TO CONTINUE NOVEMBER 28, 2018 HEARINGS ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CONCURRENCE

JPMorgan Chase Bank, N.A. ("Creditor") by and through undersigned counsel and respectfully moves this Court for an Order to continue the November 28, 2018 at 10:00 a.m. hearings scheduled for Creditor's Motion for Relief from the Automatic Stay averring as follows:

1. On October 26, 2018, Creditor filed a Motion for Relief from Automatic Stay ("Motion") and on November 11, 2018, Debtor filed a Response to the Motion.

2. A hearing on the matter is scheduled for November 28, 2018 at 10:00 a.m.

3. Debtor's counsel and Creditor's counsel agree additional time is needed to resolve the issue regarding the Motion which includes an amended plan to be filed by Debtor's counsel.

4. Debtor's counsel and Creditor's counsel request a continuance of the November 28, 2018 hearing for sixty (60) days to try to resolve the issues.

18-014276_SCS2

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order continuing the Motion for 60 days or a date and time that is convenient for the Court.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-014276_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 18-20508-JAD |
| **Anthony Jarvis** | : Chapter 13 |
| **Jacqueline Jarvis** | : Judge Jeffery A. Deller |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : November 28, 2018 at 10:00 a.m. |
| | : |
| **Anthony Jarvis** | : Courtroom D, 54th Floor |
| **Jacqueline Jarvis** | : U.S. Steel Tower |
| | : 600 Grant Street |
| **Ronda J. Winnecour** | : Pittsburgh, PA 15219 |
| **Respondents.** | |

## CERTIFICATE OF SERVICE MOTION TO CONTINUE NOVEMBER 28, 2018 HEARINGS ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CONCURRENCE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 21, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and/or electronic notification___.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 21, 2018

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address

18-014276_SCS2

|  |  |
|---|---|
|  | 614-220-5611 |
|  | Phone No. |
|  | 94781 |
|  | List Bar I.D. and State of Admission |

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Paul W. McElrath, Attorney for Debtor, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA  15210 (notified by ecf)

Anthony JarvisJacqueline JarvisDebtor, 741 Ohio Avenue, Midland, PA  15059 (notified by regular US Mail)

18-014276_SCS2