## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20508-JAD** |
| **Anthony Jarvis** | : | **Chapter 13** |
| **Jacqueline Jarvis** | : | **Judge Jeffery A. Deller** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **November 28, 2018 at 10:00 a.m.** |
| **vs** | : | |
| | : | |
| **Anthony Jarvis** | : | **Courtroom D, 54th Floor, U.S. Steel Tower** |
| **Jacqueline Jarvis** | : | **600 Grant Street, Pittsburgh, PA 15219** |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

## ORDER OF THE COURT

AND NOW, this _____ day of _____, 2018, upon consideration of the

Motion to Continue November 28, 2018 Hearings ON Creditor's Motion for Relief from the

Automatic Stay and for good cause shown, are continued to _____ day

of_____, 2018 at _____a.m./p.m.

_____
Carlota M. Bohm
United States Bankruptcy Judge

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028,
Columbus, OH  43216-5028 (notified by ecf)

18-014276_SCS2

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Paul W. McElrath, Attorney for Debtor, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA  15210 (notified by ecf)

Anthony JarvisJacqueline JarvisDebtor, 741 Ohio Avenue, Midland, PA  15059 (notified by regular US Mail)

18-014276_SCS2