IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-20508-JAD |
| | : | |
| Anthony Jarvis and | : | CHAPTER 13 |
| Jacqueline Jarvis, | : | |
|     Debtors | : | RELATED TO DOCKET NO. 63 |
| | : | |
| Anthony Jarvis and | : | |
| Jacqueline Jarvis, | : | HEARING DATE AND TIME: |
|     Movants | : | January 11, 2019 at 11:00 AM |
| | : | |
|     v. | : | |
| | : | |
| LVNV Funding LLC, | : | |
| | : | |
|     Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO PROOF OF CLAIM 15-1 FILED BY LVNV FUNDING, LLC**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **December 26, 2018,** i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at **www.pawb.uscourts.gov** to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **January 11, 2019 at 11:00 a.m.** before Judge Deller in Court Room D, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited

time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: November 26, 2018

                                              Attorney for Movant/Applicant:

                                              /s/ Paul W. McElrath
                                              Paul W. McElrath, Esquire
                                              PA I.D. # 86220
                                              McElrath Legal Holdings, LLC
                                              1641 Saw Mill Run Boulevard
                                              Pittsburgh, PA  15210
                                              Tel: 412.765.3606
                                              Fax: 412.765.1917
                                              Email: paulm@mcelrathlaw.com