N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ANTHONY JARVIS and | : | Bankruptcy No.  **18-20508-JAD** |
| | : | |
| JACQUELINE JARVIS, | : | Related To Docs. 67 AND 26 |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

ORDER

AND NOW, this **10th** day of **December, 2018,** in light of the Amended Chapter 13 Plan Dated December 3, 2018, filed by the Debtors at Doc. #67,

IT IS HEREBY ORDERED THAT the **Contested Hearing** scheduled for January 9, 2019, at 10:30  AM **IS CANCELLED.** The Debtors, Amended Chapter 13 Plan Dated December 3, 2018, **WILL BE SCHEDULED** to a conciliation conference under separate Orders

_____jsf_____
JEFFERY A. DELLER
U.S. Bankruptcy Court

FILED
12/10/18 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00011139

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20508-JAD
Anthony Jarvis                                                          Chapter 13
Jacqueline Jarvis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil                  Page 1 of 2                  Date Rcvd: Dec 10, 2018
                               Form ID: pdf900             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
```
db/jdb         +Anthony Jarvis,    Jacqueline Jarvis,    741 Ohio Avenue,    Midland, PA 15059-1415
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14773244       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14773247       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14773249       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
14773250       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14799075       +Heritage Valley Medical Center,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
14799076       +Med Express,    PO Box 7964,    Belfast, ME 04915-7900
14799077       +Med Express Billing,    PO Box 719,    Dellslow, WV 26531-0719
14799078       ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,     1 Nationwide Plaza,    Columbus, OH 43215)
14799625       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14791335       +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14799080       +People Gas Bankruptcy Department,    375 North Shore Drive, Ste. 600,    Attn: Dawn Lindner,
                Pittsburgh, PA 15212-5866
14795758       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14773251       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14773252       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14814437        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg PA 17106-9184
14812268        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14778115        E-mail/Text: ally@ebn.phinsolutions.com Dec 11 2018 02:50:09      Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
14773242       +E-mail/Text: ally@ebn.phinsolutions.com Dec 11 2018 02:50:09      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
14773243        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 02:52:35      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
14773245       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2018 02:50:26      Comenitybank/victoria,
                Po Box 182789,    Columbus, OH 43218-2789
14773246       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 11 2018 02:51:33
                Credit Control Service,    725 Canton St,    Norwood, MA 02062-2679
14816806       +E-mail/Text: kburkley@bernsteinlaw.com Dec 11 2018 02:51:29      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14773248       +E-mail/Text: bknotice@ercbpo.com Dec 11 2018 02:51:03      Enhanced Recovery Co L,
                Po Box 57547,    Jacksonville, FL 32241-7547
14809020        E-mail/Text: bk.notifications@jpmchase.com Dec 11 2018 02:50:31      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14816955        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2018 02:52:07
                LVNV Funding, LLC its successors and assigns as,     assignee of NCO Portfolio Management,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14815911        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2018 02:52:07
                LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14803883       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2018 02:50:52      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14799079        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:50:44      PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14799083       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:52:05      PRA Receivables,
                PO Box 12914,    Norfolk, VA 23541-0914
14774169       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:52:05
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14776970       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:50:44
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14804802       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 11 2018 02:51:11      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
14806711        E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 02:50:33
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14773253       +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 02:52:33      Syncb/amer Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
14773254       +E-mail/Text: bankruptcydepartment@tsico.com Dec 11 2018 02:51:24      Transworld Sys Inc/51,
                500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
                                                                                              TOTAL: 19
```

```
District/off: 0315-2          User: bsil              Page 2 of 2                 Date Rcvd: Dec 10, 2018
                              Form ID: pdf900         Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
cr              PNC Mortgage, A Division of PNC Bank, National Ass
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14799066*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14799067*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
14799068*      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14799069*      +Comenitybank/victoria,    Po Box 182789,    Columbus, OH 43218-2789
14799070*      +Credit Control Service,    725 Canton St,    Norwood, MA 02062-2679
14799071*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14799072*      +Enhanced Recovery Co L,    Po Box 57547,    Jacksonville, FL 32241-7547
14799073*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
14799074*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14799081*      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14799082*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14799084*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14799085*      +Transworld Sys Inc/51,    500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
                                                                               TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Jacqueline Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Anthony Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```