# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-20508-JAD |
| | : | |
| Anthony Jarvis and | : | CHAPTER 13 |
| Jacqueline Jarvis, | : | |
|     Debtors | : | RELATED TO DOC. NO. 63, 64. 65, 66 |
| | : | |
| Anthony Jarvis and | : | |
| Jacqueline Jarvis, | : | HEARING DATE AND TIME: |
|     Movants | : | January 11, 2019 at 11:00 AM |
| | : | |
| v. | : | |
| | : | |
| LVNV Funding LLC, | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PROOF OF CLAIM NUMBERS 15 AND 18 FILED BY LVNV FUNDING LLC,

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objections to the Proof of Claim Numbers 15 and 18, filed on November 26, 2018 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 26, 2018.

    It is hereby respectfully requested that the Orders attached to the Motions be entered by the Court.

Dated: December 27, 2018      By:      /s/ Paul W. McElrath
    Paul W. McElrath, Esquire
    Attorney for Debtor/Movant
    PA I.D. #86220
    1641 Saw Mill Run Blvd
    Pittsburgh, PA 15210
    (412) 765-3606