# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** ANTHONY & JACQUELINE JARVIS
**Case Number:** 18-20508-JAD       **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, MARCH 06, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

### Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A
- Response Filed on 11/9/2019 at Doc. # 55
- O/E 11/21/2018 Granting Motion To Continue
- Text Order Entered Rescheduling Hearing to 3/6/19
R / M #: 50 / 0

### Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Paul W. McElrath, Esq.
CREDITOR: Karina Velter, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ✓ For At Least __30__ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/8/19 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge