UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | ANTHONY & JACQUELINE JARVIS |
| Case Number: | 18-20508-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MAY 01, 2019 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A
- Response Filed on 11/9/2019 at Doc. # 55
- O/E 11/21/2018 Granting Motion To Continue
- Text Order Entered Rescheduling Hearing to 3/6/19
- Hearing held 3/6/19 -Continued To 5/1/2019
R / M #:  50 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Paul W. McElrath, Esq.
CREDITOR: Karina Velter, Esq.  /Hans.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least __90__ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e 5/2/2019 setting continued hearing

FILED
5/2/19 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge