**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20508-JAD |
| Anthony Jarvis and | : | |
| Jacqueline Jarvis, | : | Chapter No. 13 |
| Debtors | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 88 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | May 29, 2019 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 88

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on April 30, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than November 25, 2016.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: May 20, 2019         By:    /s/ Paul W. McElrath
                                   Paul W. McElrath, Esquire
                                   PA I.D. #86220
                                   1641 Saw Mill Run Boulevard
                                   Pittsburgh, PA 15210
                                   (412) 765-3606
                                   Attorney for Debtor/Movant