# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 18-20508-JAD** |
| **Anthony Jarvis and** | : | |
| **Jacqueline Jarvis,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 95** |
| **Anthony Jarvis,** | : | |
| **S. S. No.: xxx-xx-2007** | : | |
|     **Movant** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **WM Corporate Services Inc.** | : | |
|     **Respondent** | : | |

## ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this __2nd__ day of __July__, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

> WM Corporate Services Inc
> 1001 SANNIN STREET
> SUITE 400
> HOUSTON, TX 77002

Is hereby ordered to immediately terminate the attachment of the wages of Anthony Jarvis, social security number xxx-xx-2007. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Anthony Jarvis.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_____ jsf
Jeffery A. Deller
U. S. BANKRUPTCY JUDGE

FILED
7/2/19 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20508-JAD
Anthony Jarvis                                                            Chapter 13
Jacqueline Jarvis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dpas                    Page 1 of 1            Date Rcvd: Jul 02, 2019
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db/jdb         +Anthony Jarvis,   Jacqueline Jarvis,   741 Ohio Avenue,   Midland, PA 15059-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Anthony  Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Jacqueline  Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8