```
                                                                        FILED
            IN THE UNITED STATES BANKRUPTCY COURT                       8/2/19 1:44 pm
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA                     CLERK
```

In re:                                  :
                                        :   Case No.: 18-20508
Anthony Jarvis                          :   Chapter 13
Jacqueline Jarvis                       :   Judge Jeffery A. Deller
                                        :   * * * * * * * * * * * * * * * * * *
              Debtor(s)                 :
                                        :
JPMorgan Chase Bank, N.A.               :   Date and Time of Hearing
                  Movant,               :   Place of Hearing
                                        :   August 7, 2019 at 10:00 a.m.
        vs                              :
                                        :   Courtroom D, 54th Floor, U.S. Steel Tower
Anthony Jarvis                          :   600 Grant Street, Pittsburgh, PA 15219
Jacqueline Jarvis                       :
                                        :   Related Document #50
Ronda J. Winnecour                      :
                                            Doc. # 105
              Respondents.

## ORDER OF COURT

AND NOW, this  2nd  day of  August           , 20  19  , upon consideration of the Motion to Withdraw the Motion for Relief from the Automatic Stay and for good cause shown, the Motion is hereby withdrawn and the August 7, 2019 hearing at 10:00a.m. is hereby cancelled.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

18-009799_SCS2

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Paul W. McElrath, Attorney for Debtor, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA  15210 (notified by ecf)

Anthony Jarvis and Jacqueline Jarvis, Debtor, 741 Ohio Avenue, Midland, PA  15059 (notified by regular US Mail)

18-009799_SCS2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20508-JAD
Anthony Jarvis                                                        Chapter 13
Jacqueline Jarvis
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut              Page 1 of 1              Date Rcvd: Aug 02, 2019
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db/jdb         +Anthony Jarvis,   Jacqueline Jarvis,   741 Ohio Avenue,   Midland, PA 15059-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Anthony  Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Jacqueline  Jarvis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8