**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/08/2022

| | |
|---|---|
| IN RE: | |
| ANTHONY JARVIS | Case No.18-20508 JAD |
| JACQUELINE JARVIS | |
| 741 OHIO AVENUE | Chapter 13 |
| MIDLAND, PA 15059 | |
| XXX-XX-2007        Debtor(s) | |
| XXX-XX-2838 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/8/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AEO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4234 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **STEPHEN R FRANKS ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br><br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:6   INT %: 4.25%<br>Court Claim Number:2<br><br>CLAIM:  6,231.20<br>COMMENT:  $CL2GOV@TERMS/PL*DK*$/CL-PL@4.25%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1088 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:7   INT %: 4.25%<br>Court Claim Number:12<br><br>CLAIM:  12,453.53<br>COMMENT:  13321.02/CL-PL@4.25%/PL*PIF/CR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  2508 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:8   INT %: 4.25%<br>Court Claim Number:5<br><br>CLAIM:  11,883.64<br>COMMENT:  $/CL-PL@4.25%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5876 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT-LMT*BGN 2/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4100 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  1,542.52<br>COMMENT:  $@0%/CL-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  2838 |

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | 11 | 7 | 2,867.27 | CAP ONE/RCS | UNSECURED CREDITOR | 9052 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | 12 | 6 | 1,585.09 | CAP ONE | UNSECURED CREDITOR | 6736 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | 13 | | 0.00 | NT ADR~VCTR SCRT/SCH | UNSECURED CREDITOR | 5211 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | 14 | | 0.00 | NO$~NATIONWIDE INS/SCH | UNSECURED CREDITOR | 6845 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | 15 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 5261 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | 16 | | 0.00 | NO$~SPRINT/SCH | UNSECURED CREDITOR | 1761 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | 17 | 14-2 | 23,426.87 | 0002~NO$/SCH*AMD | UNSECURED CREDITOR | 2838 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | 18 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 0001 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 19 | 10 | 1,058.65 | | UNSECURED CREDITOR | 4119 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 20 | 8 | 525.57 | | UNSECURED CREDITOR | 8626 |

All entries: INT %: 0.00%

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 409.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4555 |
| **HERITAGE VALLEY MED CNTR++**<br>POB 900<br><br>BEAVER, PA 15009 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 827.08<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6614 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 454.41<br>COMMENT: SYNCHRONY/AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4234 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~MEDEXPRESS URGENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8124 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8127 |
| **MED EXPRESS**<br>POB 7964<br><br>BELFAST, ME 04915 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MED EXPRESS BILLING++**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONWIDE BANK**<br>1 NATIONWIDE PLAZA<br><br>COLUMBUS, OH 43215 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:1 <br><br> CLAIM: 98.22 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2838 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br><br> MIAMISBURG, OH  45342 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:3 <br><br> CLAIM: 995.87 <br> COMMENT: $/CL-PL*THRU 1/18 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 4100 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:13 <br><br> CLAIM: 370.04 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2838 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:15 <br><br> CLAIM: 0.00 <br> COMMENT: DISALLOWED/OE*NT/SCH*NORTH STAR/CAP ONE*STALE*CL=871.17 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6330 |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number:16 <br><br> CLAIM: 135.29 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3893 |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:36  INT %: 0.00% <br> Court Claim Number:17 <br><br> CLAIM: 806.22 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8569 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:37  INT %: 0.00% <br> Court Claim Number:18 <br><br> CLAIM: 0.00 <br> COMMENT: DISALLOWED/OE*NT/SCH*NCO/WFNNB/EXPRESS*STALE*CL=149.25 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2546 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:38  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 310.00 <br> COMMENT: FEES/OE | CRED DESC: FILING FEES <br> ACCOUNT NO.: 18-20508-JAD |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:39  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |