## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jacqueline Jarvis            CHAPTER 13
    Jacqueline Jarvis
       Debtor(s)           BKY. NO. 18-20508 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

        Respectfully submitted,

        /s/ **Brian C. Nicholas**
        Brian Nicholas
        18 Apr 2023, 14:37:57, EDT

        Brian C. Nicholas, Esq. (317240) ☑
        Denise Carlon, Esq. (317226) ☐
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        bkgroup@kmllawgroup.com