**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Anthony Jarvis
Jacqueline Jarvis**
Debtor(s)

Bankruptcy Case No.: 18−20508−JAD

Chapter: 13
Docket No.: 144 − 143

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                                            Jeffery A. Deller
                                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court<br>Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20508-JAD |
| Anthony Jarvis | Chapter 13 |
| Jacqueline Jarvis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Jarvis, Jacqueline Jarvis, 741 Ohio Avenue, Midland, PA 15059-1415 |
| 14773249 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14799075 | + | Heritage Valley Medical Center, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14799076 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14799080 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14814437 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 23:36:58 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC BANK, N.A., 3232 Newmark Dr., Miamisburg, OH 45342 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14778115 | | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14773242 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14773243 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:37:10 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14773245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2023 23:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14773246 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 27 2023 23:29:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14773247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14816806 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 27 2023 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14773248 | + | Email/Text: bknotice@ercbpo.com | Apr 27 2023 23:29:00 | Enhanced Recovery Co L, Po Box 57547, |

Case 18-20508-JAD   Doc 145   Filed 04/29/23   Entered 04/30/23 00:23:14   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | Jacksonville, FL 32241-7547 |
| 14773250 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:36:59 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14773244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:36:57 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14809020 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:36:57 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14816955 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:36:59 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14815911 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:00 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14803883 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14799078 | ^ | MEBN | Apr 27 2023 23:24:34 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14799079 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14791335 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14799625 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14773251 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14773252 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14799083 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:37:11 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 14774169 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14776970 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14795758 | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14804802 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 23:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14806711 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2023 23:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773253 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:10 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14773254 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 27 2023 23:29:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14812268 | ^ | MEBN | Apr 27 2023 23:23:57 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15566583 | + | Email/Text: EBN@edfinancial.com | Apr 27 2023 23:28:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 33

Case 18-20508-JAD    Doc 145    Filed 04/29/23    Entered 04/30/23 00:23:14    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14799066 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14799067 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14799069 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14799070 | *+ | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14799071 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14799072 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14799073 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14799074 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14799068 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14799081 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14799082 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14799084 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14799085 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14799077 | ##+ | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 2 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Jacqueline Jarvis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 39

    on behalf of Debtor Anthony Jarvis ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 9