**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANTHONY JARVIS<br>JACQUELINE JARVIS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-20508 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/13/2018 and confirmed on 5/8/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,740.31 |
| Less Refunds to Debtor | 271.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,468.32 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,250.00 | |
|   Trustee Fee | 3,618.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,868.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 22,179.03 | 0.00 | 22,179.03 |
|     Acct: 4100 | | | | |
|   PNC BANK NA | 995.87 | 995.87 | 0.00 | 995.87 |
|     Acct: 4100 | | | | |
|   ALLY FINANCIAL(*) | 6,231.20 | 6,231.20 | 819.09 | 7,050.29 |
|     Acct: 1088 | | | | |
|   JPMORGAN CHASE BANK NA | 12,453.53 | 12,453.53 | 1,620.05 | 14,073.58 |
|     Acct: 2508 | | | | |
|   PNC BANK NA | 11,883.64 | 11,883.64 | 1,578.61 | 13,462.25 |
|     Acct: 5876 | | | | |
| | | | | 57,761.02 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANTHONY JARVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANTHONY JARVIS | 271.99 | 271.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-19 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,542.52 | 1,542.52 | 0.00 | 1,542.52 |
|     Acct: 2838 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 1,852.52 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 2,867.27 | 967.39 | 0.00 | 967.39 |
|     Acct: 9052 | | | | |
|   MIDLAND FUNDING LLC | 1,585.09 | 534.79 | 0.00 | 534.79 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6736 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5211 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6845 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5261 | | | | |
| | ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1761 | | | | |
| | US DEPARTMENT OF EDUCATION | 23,426.87 | 7,903.95 | 0.00 | 7,903.95 |
| | Acct: 2838 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,058.65 | 357.18 | 0.00 | 357.18 |
| | Acct: 4119 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 525.57 | 177.32 | 0.00 | 177.32 |
| | Acct: 8626 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 409.39 | 138.12 | 0.00 | 138.12 |
| | Acct: 4555 | | | | |
| | HERITAGE VALLEY MED CNTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 827.08 | 279.05 | 0.00 | 279.05 |
| | Acct: 6614 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 454.41 | 153.31 | 0.00 | 153.31 |
| | Acct: 4234 | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8124 | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8127 | | | | |
| | PA DEPARTMENT OF REVENUE* | 98.22 | 33.14 | 0.00 | 33.14 |
| | Acct: 2838 | | | | |
| | UPMC PHYSICIAN SERVICES | 370.04 | 124.85 | 0.00 | 124.85 |
| | Acct: 2838 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6330 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 135.29 | 45.65 | 0.00 | 45.65 |
| | Acct: 3893 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 806.22 | 272.01 | 0.00 | 272.01 |
| | Acct: 8569 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2546 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4234 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONWIDE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-20508 JAD | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | Acct: | | | | 10,986.76 |
| **TOTAL PAID TO CREDITORS** | | | | | **70,600.30** |

TOTAL CLAIMED
PRIORITY        1,852.52
SECURED        31,564.24
UNSECURED    32,564.10

Date: 04/25/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   ANTHONY JARVIS
   JACQUELINE JARVIS
       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-20508 JAD

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20508-JAD
Anthony Jarvis  Chapter 13
Jacqueline Jarvis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Apr 27, 2023  Form ID: pdf900  Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Jarvis, Jacqueline Jarvis, 741 Ohio Avenue, Midland, PA 15059-1415 |
| 14773249 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14799075 | + | Heritage Valley Medical Center, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 14799076 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14799080 | + | People Gas Bankruptcy Department, 375 North Shore Drive, Ste. 600, Attn: Dawn Lindner, Pittsburgh, PA 15212-5866 |
| 14814437 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 23:36:58 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC BANK, N.A., 3232 Newmark Dr., Miamisburg, OH 45342 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14778115 | | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14773242 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 23:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14773243 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:37:03 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14773245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2023 23:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14773246 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 27 2023 23:29:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14773247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14816806 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 27 2023 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14773248 | + | Email/Text: bknotice@ercbpo.com | Apr 27 2023 23:29:00 | Enhanced Recovery Co L, Po Box 57547, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | Jacksonville, FL 32241-7547 |
| 14773250 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:37:04 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14773244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:37:09 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14809020 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:37:03 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14816955 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:36:59 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14815911 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:12 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14803883 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14799078 | ^ | MEBN | Apr 27 2023 23:24:34 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14799079 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14791335 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14799625 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14773251 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14773252 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 23:28:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14799083 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:36:59 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 14774169 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14776970 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14795758 | + | Email/Text: ebnpeoples@grblaw.com | Apr 27 2023 23:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14804802 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 23:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14806711 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2023 23:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773253 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:04 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14773254 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 27 2023 23:29:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14812268 | ^ | MEBN | Apr 27 2023 23:24:08 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15566583 | + | Email/Text: EBN@edfinancial.com | Apr 27 2023 23:28:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 33

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 39 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14799066 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14799067 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14799069 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14799070 | *+ | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14799071 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14799072 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14799073 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14799074 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14799068 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14799081 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14799082 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14799084 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14799085 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14799077 | ##+ | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 2 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Jacqueline Jarvis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 39 |

on behalf of Debtor Anthony Jarvis ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 9